CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Braden Oneil Myers**<br>DOB:2005; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-04151MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about October 9, 2026, in the District of Arizona, **Braden Oneil Myers**, knowing or in reckless disregard that certain aliens, including Abdiel Arellano-Medina, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about October 9, 2026, in the District of Arizona, **Braden Oneil Myers**, knowing that certain illegal aliens, including Abdiel Arellano-Medina, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On October 9, 2026, in the District of Arizona (Naco), at approximately 6:49 p.m., Border Patrol Agents (BPAs) were notified by the Naco Tactical Operation Center (TOC) that they witnessed a sedan on E Saguaro Lane, near S Bisbee Junction Road in Bisbee, Arizona picking an individual who was running down the street. This is a rural residential area, inhabited by approximately several dozen households and frequently used by human smugglers to pick up illegal aliens. (IAs). Earlier in the shift, at approximately 2:15 p.m., BPAs confirmed that a suspected IA had crossed the International Boundary Barrier (IBB) about a mile and a half south of S Bisbee Junction Road. BPAs tracked footprints and sign left behind by the individual northbound but were unsuccessful in encountering them. Once the vehicle picked up the subject, it drove westbound on S Bisbee Junction Road, and then turned northbound onto Arizona Street. The vehicle came to a stop on Arizona Street south of S Gold Gulch and an individual was seen exiting the vehicle and entering the brush in an uninhabited area covered in thick brush. At approximately 6:52 p.m., BPAs located the vehicle and were able to see a silhouette run into the brush. BPAs followed the vehicle, a grey Honda Civic with Oklahoma license plate QJC039, as it continued driving northbound on Arizona Street. BPAs initiated a vehicle stop to conduct an immigration inspection on the subjects.

**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Abdiel Arellano-Medina

| | |
|---|---|
| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent<br>Nick Piccolo |
| Sworn by telephone _X_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 13, 2026 |

1) See Federal Rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Enderle

**Continued from front page.**



The driver, later identified as **Braden Oneil Myers**, pulled over without incident. BPAs located the subject that ran and hid in the brush. They determined that subject, Abdiel Arellano-Medina, to be a citizen and national of Mexico. Record checks revealed the subject does not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness Abdiel Arellano-Medina stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States and paid $12,000 USD. He illegally crossed into the United States by himself and was guided by cell phone. The guide told him a car would be waiting for him as soon as he got there. A black four-door sedan picked him up. He did not know the make or model. He stated he got in the back seats and lay on the passenger side while still wearing camouflage. The driver was with another individual who was sitting in the front passenger seat. A few moments later the driver told him in English to get out of the vehicle. He did not get a good look at the driver or the passenger. He could not identify the driver nor the passenger on a six-pack photographic lineup display.